2:24-mj-05690-DUTY

FILED
CLERK, U.S. DISTRICT COURT
9/18/24
CENTRAL DISTRICT OF CALIFORNIA
BY: MR DEPUTY

FINDING RE PROBABLE CAUSE

On September 18, 2024, at 3:56 p.m., Special Agent Christopher Hicks of Homeland Security Investigations appeared before me regarding the probable cause arrest of defendant JASOUR JOESUFOVICH KOUDRATOV, occurring on or about September 17, 2024, in Pasadena, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists/does not exist** probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/✓/ It is ordered that defendant JASOUR JOESUFOVICH KOUDRATOV be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on September 19, 2024.

/____/ It is ordered that defendant JASOUR JOESUFOVICH KOUDRATOV be discharged from custody on this charge forthwith.

DATED: September 18, 2024, at 3:56 p.m.

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE